# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNG YIL JO, | CASE NO. 1:08-cv-01548 OWW DLB PC |
| Plaintiff, | ORDER DISMISSING ACTION WITH PREJUDICE |
| v. | (Doc. 1) |
| SIX UNKNOWN NAMES AGENTS, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff Young Yil Jo ("Plaintiff") is a prisoner in federal custody at the Federal Correctional Institution in Greenville, Illinois.  To date, Plaintiff has filed more than one-hundred civil cases in this district.  Plaintiff is an abusive litigant who persists in filing baseless actions in this district.[1] As with the multitude of previous actions filed by Plaintiff, the complaint in this action is rambling and incoherent, and fails to state any cognizable claims under federal law.  Bell Atlantic Corp. v. Twombly, 127 S.Ct. 1955, 1965 (2007).

This action is HEREBY DISMISSED, with prejudice.

IT IS SO ORDERED.

**Dated:    October 20, 2008**            _____/s/ Oliver W. Wanger_____
                                                  UNITED STATES DISTRICT JUDGE

_____

[1] The Court takes judicial notice of the complaints in the civil suits filed by Plaintiff in this district.